UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EUGENE HILL, JR., | 2:11-CV-01839-PMP-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| UNITED STATES, et al., | |
| Defendants. | |

On February 27, 2012, Defendant United States filed a Motion to Dismiss Plaintiff's Complaint for Lack of Jurisdiction (Doc. #10).

On February 28, 2012, the Court entered an Order (Doc. #12) notifying Plaintiff of his obligation to file a timely response to Defendants' Motion to Dismiss on or before March 15, 2012.

Thereafter, Defendant United States filed a Motion to Stay Discovery (Doc. #13) pending ruling on its Motion to Dismiss (Doc. #10).  Defendants' filing prompted a Motion by Plaintiff (Doc. #14), filed March 12, 2012, to extend the time to respond to Defendants' Motion to Stay Discovery for a period of sixty days to enable Plaintiff to attempt to retain counsel.  Although Plaintiff's Motion to Extend (Doc. #14) does not address his obligation to respond to Defendants' earlier filed Motion to Dismiss (Doc. #10), it is apparent to the Court that by his most recent motion, Plaintiff is also attempting to obtain an extension of time within which to respond to Defendants' motion to dismiss.  The Court finds no good

cause set forth in Plaintiff's motion to extend time for the lengthy period requested. Moreover, resolution of Defendants' Motion to Dismiss (Doc. #10) will clarify the extent to which any extension of discovery is required.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Stay Discovery (Doc. #13) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Extend Time (Doc. #14) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff Hill shall have to and including **Monday, March 26, 2012** within which to file a response to Defendants' Motion to Dismiss for Lack of Jurisdiction (Doc. #10).  Plaintiff's failure to file a timely response as ordered herein will result in the granting of Defendants' motion to dismiss.

DATED: March 15, 2012.

_____
PHILIP M. PRO
United States District Judge