UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EUGENE HILL, JR., | 2:11-CV-01839-PMP-PAL |
| Plaintiff, | |
| vs. | **ORDER** |
| UNITED STATES, et al., | |
| Defendants. | |

Having read and considered Defendants' Motion to Dismiss for Lack of Jurisdiction (Doc. #10), and Plaintiff's Motion to Withdraw Complaint (Doc. #17) filed April 3, 2012, and good cause appearing,

**IT IS ORDERED** that Defendants' Motion to Dismiss for Lack of Jurisdiction (Doc. #10) and Plaintiff's Motion to Withdraw Compliant (Doc. #17) are **GRANTED**.

DATED: April 9, 2012.

_____
PHILIP M. PRO
United States District Judge